UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. HAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-01011-JDP (PC)<br><br>ORDER DISCHARGING THE NOVEMBER 5, 2020 ORDER TO SHOW CAUSE<br><br>ECF No. 9 |

　　In light of plaintiff filing a first amended complaint, ECF No. 10, the court discharges the November 5, 2020 order to show cause, ECF No. 9.

IT IS SO ORDERED.

Dated:　February 22, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE