1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MARCUS A. HAINES,                        No.  2:20-cv-01011-TLN-JDP

12                 Plaintiff,

13           v.                                  **ORDER**

14     COUNTY OF SACRAMENTO, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18     under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19     28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 16, 2021, the magistrate judge filed findings and recommendations herein

21     which were served on plaintiff and which contained notice to plaintiff that any objections to the

22     findings and recommendations were to be filed within fourteen days.  (ECF No. 16.)  Plaintiff has

23     not filed objections to the findings and recommendations.[1]

24          The Court has reviewed the file and finds the findings and recommendations to be

25     supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26     _____

   [1]      Although it appears from the file that Plaintiff's copy of the findings and
27     recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to
       keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service
28     of documents at the record address of the party is fully effective.

                                                    1

ORDERED that:

    1.  The findings and recommendations filed September 16, 2021, (ECF No. 16), are adopted in full;

    2.  This action is dismissed for failure to prosecute, failure to comply with Court orders, and failure to state a claim for the reasons set forth in the April 2, 2021 order.

    3.  The Clerk of Court is directed to close the case.

**DATE:  November 29, 2021**

Troy L. Nunley
United States District Judge

2